UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
Leonard Rocco, an individual,

        Plaintiff,

   -against-

Wella Operations US, LLC; L'Oréal USA, Inc.; L'Oréal
USA Products, Inc.; Joico; Clairol; Henkel Corporation;
and Henkel a/k/a Henkel AG & Co. KGaA, inclusive,

        Defendants.
------------------------------------------------------------------------X

Case No. 1:26-cv-4519

**DECLARATION OF BERJ K. PARSEGHIAN IN SUPPORT OF NOTICE OF REMOVAL**

I, Berj K. Parseghian, declare as follows:

1.     I am a partner in the law firm Lippes Mathias LLP, attorneys for defendant Henkel Corporation ("Henkel"), incorrectly named herein as Henkel Corporation and Henkel a/k/a Henkel AG & Co. KGaA.  I submit this declaration in support of Henkel's Notice of Removal.  I have personal knowledge of the matters set forth below and am competent to testify thereto under oath.

2.     Henkel has not been served in this action.

3.     A true and correct copy of the Summons and Complaint filed in the Supreme Court of the State of New York, County of New York in the action entitled *Leonard Rocco v. Wella Operations US, LLC et al.* is attached as Exhibit A.

4.     Henkel is incorporated in Delaware and maintains its principal place of business in Connecticut.  The erroneously named defendant Joico is not a separate entity but a brand name under Henkel.

5.     Wella Operations US LLC is formed in Delaware and maintains its principal place of business in California. Its sole member is Waves UK DivestCo Ltd, which is a United Kingdom

1

company.   The erroneously named defendant Clairol is not a separate entity but a brand name under Wella Operations US LLC.

6.    L'Oréal USA, Inc. is incorporated in Delaware and maintains its principal place of business in New York, New York.

7.    L'Oréal USA Products, Inc. is incorporated in Delaware and maintains its principal place of business in New York, New York.

8.    Upon information and belief, no in-state defendants named in this lawsuit have been properly joined and served.

9.    There has been no process, pleadings, or orders served upon Henkel in this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in New York, New York on May 29, 2026.

*/s/ Berj K. Parseghian*

BERJ K. PARSEGHIAN