UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

Leonard Rocco, an individual,

        Plaintiff,

    -against-

Wella Operations US, LLC; L'Oréal USA, Inc.; L'Oréal
USA Products, Inc.; Joico; Clairol; Henkel Corporation;
and Henkel a/k/a Henkel AG & Co. KGaA, inclusive,

        Defendants.

------------------------------------------------------------------------X

Case No. 1:26-cv-04519

**DECLARATION OF BERJ K. PARSEGHIAN IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION TO REMAND**

I, Berj K. Parseghian, declare as follows:

1. I am an attorney admitted to practice before this Court and am a partner in the law firm Lippes Mathias LLP, attorneys for defendant Henkel Corporation ("Henkel"), incorrectly named herein as Henkel a/k/a Henkel AG & Co. KGaA. I submit this declaration in support of Henkel's Opposition to Plaintiff's Motion to Remand. I have personal knowledge of the matters set forth below and am competent to testify thereto under oath.

1. A true and correct copy of Henkel's Notice of Removal, together with the accompanying Declaration of Berj K. Parseghian in Support of Removal, filed in this action on May 29, 2026, is attached hereto as **Exhibit A**.

2. A true and correct copy of the Summons and Verified Complaint delivered by Plaintiff to Corporation Service Company as registered agent for defendant L'Oréal USA, Inc. on May 29, 2026 is attached hereto as **Exhibit B**.

3. A true and correct copy of the Summons and Verified Complaint delivered by Plaintiff to Corporation Service Company as registered agent for defendant L'Oréal USA Products, Inc. on May 29, 2026 is attached hereto as **Exhibit C**.

4.      A true and correct copy of the Affirmation of Service filed by Plaintiff on June 1, 2026 concerning service purportedly effected upon L'Oréal USA, Inc. on May 29, 2026 is attached hereto as **Exhibit D**.

5.      A true and correct copy of the Affirmation of Service filed by Plaintiff on June 1, 2026 concerning service purportedly effected upon L'Oréal USA Products, Inc. on May 29, 2026 is attached hereto as **Exhibit E**.

6.      A true and correct copy of the Summons and Verified Complaint delivered by Plaintiff to Corporation Service Company as registered agent for defendant L'Oréal USA, Inc. on June 1, 2026 is attached hereto as **Exhibit F**.

7.      A true and correct copy of the Summons and Verified Complaint delivered by Plaintiff to Corporation Service Company as registered agent for defendant L'Oréal USA Products, Inc. on June 1, 2026 is attached hereto as **Exhibit G**.

8.      A true and correct copy of the Affirmation of Service filed by Plaintiff on June 2, 2026 concerning service purportedly effected upon on L'Oréal USA, Inc. on June 1, 2026 is attached hereto as **Exhibit H**.

9.      A true and correct copy of the Affirmation of Service filed by Plaintiff on June 2, 2026 concerning service purportedly effected upon on L'Oréal USA Products, Inc on June 1, 2026 is attached hereto as **Exhibit I**.

10.      A true and correct copy of this Court's Memorandum and Order, dated June 25, 2026, in *Gregory v. L'Oréal USA Inc., et al.*, No. 1:25-cv-10298 (NRB), ECF No. 27 (S.D.N.Y. June 25, 2026) (the "Gregory Opinion"), is attached hereto as **Exhibit J**.

11.     A true and correct copy of this Court's Memorandum and Order, dated June 25, 2026, in *Hadeler v. Clairol, et al.*, Case No. 1:26-cv-03388 (NRB), ECF No. 25 (S.D.N.Y. June 25, 2026), is attached hereto as **Exhibit K**.

12.     Following this Court's issuance of the Gregory Opinion, the Court denied the plaintiffs' motions to remand in eight additional related actions. Those actions are: *Larson v. John Paul Mitchell Systems, et al.*, Case No. 1:25-cv-10280 (NRB), ECF No. 29 (S.D.N.Y. June 25, 2026); *Eck v. John Paul Mitchell Systems, et al.*, Case No. 1:25-cv-10295 (NRB), ECF No. 32 (S.D.N.Y. June 25, 2026); *Clarke v. John Paul Mitchell Systems, et al.*, Case No. 1:25-cv-10289 (NRB), ECF No. 24 (S.D.N.Y. June 25, 2026); *Jiricek v. L'Oréal USA, Inc., et al.*, Case No. 1:25-cv-10299 (NRB), ECF No. 20 (S.D.N.Y. June 25, 2026); *Rini v. L'Oréal USA, Inc., et al.*, Case No. 1:25-cv-10285 (NRB), ECF No. 27 (S.D.N.Y. June 25, 2026); *Estrada v. Kao USA, Inc., et al.*, Case No. 1:26-cv-02997 (NRB), ECF No. 28 (S.D.N.Y. June 25, 2026); *Loscar v. Kao USA, Inc., et al.*, Case No. 1:26-cv-03174 (NRB), ECF No. 19 (S.D.N.Y. June 25, 2026); and *Hadeler v. Clairol, et al.*, Case No. 1:26-cv-03388 (NRB), ECF No. 25 (S.D.N.Y. June 25, 2026). In each of those actions, the Court adopted the reasoning set forth in the Gregory Opinion as though fully set forth therein, concluded that removal was proper, and denied the plaintiff's motion to remand.

13.     The declarations filed in each of those actions reflect the same practice employed here: the plaintiffs served summonses bearing the notation "INDEX NO. UNASSIGNED," and the corresponding affirmations of service represented that the summonses were "conformed with index number and date of filing endorsed thereon."

3

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in New York, New York on July 8, 2026.

*/s/ Berj K. Parseghian*

BERJ K. PARSEGHIAN

4