FILED: NEW YORK COUNTY CLERK 06/02/2026 04:08 PM
NYSCEF DOC. NO. 19

INDEX NO. 156848/2026
RECEIVED NYSCEF: 06/02/2026

# AFFIRMATION OF SERVICE

**State of New York**          **County of New York**          **Supreme Court**

Index Number: 156848/2026
Date Filed: 5/29/2026

Plaintiff: **LEONARD ROCCO, an individual**
vs.
Defendant: **WELLA OPERATIONS US, LLC; L'ORÉAL USA, INC.; L'ORÉAL USA PRODUCTS, INC.; JOICO; CLAIROL; HENKEL CORPORATION; and HENKEL a/k/a HENKEL AG & Co. KGaA, Inclusive,**

For:
Morgan & Morgan
201 N Franklin St, 7th Floor,
Tampa, FL 33602

Received by Nicoletti & Harris to be served on **L'ORÉAL USA, INC., c/o Corporation Service Company, 80 State Street, Albany, NY 12207**.

I, Patricia Burke, do hereby affirm that on the **1st day of June, 2026 at 2:30 pm, I**:

served a **REGISTERED AGENT** by delivering a true copy of the **Summons and Verified Complaint with Notice of Electronic Filing** to: **Dan Smith**, Authorized to Accept Service, as **Litigation Management Specialist** of **Corporation Service Company, Registered Agent,** at the address of: **c/o Corporation Service Company, 80 State Street, Albany, NY 12207** on behalf of **L'ORÉAL USA, INC.**

Said documents were conformed with index number and date of filing endorsed thereon.

**Description** of Person Served: Age: 30, Sex: M, Race/Skin Color: White, Height: 5'8", Weight: 225, Hair: Brown, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action.

I affirm this 2 nD day of ___June___, 20 26 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, except as to matters alleged on information and belief and as to those matters I believe it to be true, and I understand that this document may be filed in an action or proceeding in a court of law.

Patricia Burke
Process Server

**Nicoletti & Harris**
**101 Avenue Of The Americas**
**9th Floor**
**New York, NY 10013**

Our Job Serial Number: NHI-2026015276
Ref: 17285370

