# AFFIRMATION OF SERVICE

**State of New York**  **County of New York**  **Supreme Court**

Index Number: 156848/2026
Date Filed: 5/29/2026

Plaintiff: **LEONARD ROCCO, an individual**
vs.
Defendant: **WELLA OPERATIONS US, LLC; L'ORÉAL
USA, INC.; L'ORÉAL USA PRODUCTS, INC.;
JOICO; CLAIROL; HENKEL CORPORATION; and HENKEL a/k/a
HENKEL AG & Co. KGaA,
Inclusive,**

For:
Morgan & Morgan
201 N Franklin St, 7th Floor,
Tampa, FL 33602

Received by Nicoletti & Harris to be served on **L'ORÉAL USA PRODUCTS, INC., c/o Corporation Service Company, 80 State Street, Albany, NY 12207**.

I, Patricia Burke, do hereby affirm that on the **1st day of June, 2026 at 2:30 pm, I:**

served a **REGISTERED AGENT** by delivering a true copy of the **Summons and Verified Complaint with Notice of Electronic Filing** to: **Dan Smith** , Authorized to Accept Service, as **Litigation Management Specialist** of **Corporation Service Company, Registered Agent,** at the address of: **c/o Corporation Service Company, 80 State Street, Albany, NY 12207** on behalf of **L'ORÉAL USA PRODUCTS, INC.**

Said documents were conformed with index number and date of filing endorsed thereon.

**Description** of Person Served: Age: 30, Sex: M, Race/Skin Color: White, Height: 5'8", Weight: 225, Hair: Brown, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action.

I affirm this _2nd_ day of _June_ , 20 _26_ under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, except as to matters alleged on information and belief and as to those matters I believe it to be true, and I understand that this document may be filed in an action or proceeding in a court of law.

**Patricia Burke**
Process Server

**Nicoletti & Harris
101 Avenue Of The Americas
9th Floor
New York, NY 10013**

Our Job Serial Number: NHI-2026015277
Ref: 17285370

